THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v INDERJEET LALJI, Appellant. [18 NYS3d 536]—Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered November 6, 2013, which adjudicated defendant a level two sex offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d

841 [2014]). Defendant committed a pattern of sexual acts against a child, and, after his conviction, he repeatedly violated his probation. The 50-year-old defendant's claim that his age minimizes his risk of reoffense is unpersuasive, and there were no other mitigating factors that were not adequately taken into account by the guidelines. Concur—Tom, J.P., Friedman, Andrias, Gische and Kapnick, JJ.